Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
Shane P. Swilley, OSB No. 053909
swilley@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RIGOBERTO PORRAS,<br><br>    Plaintiff,<br><br>v.<br><br>VIAL FOTHERINGHAM LLP, and ANDREA MONTAG,<br><br>    Defendants. | Case No. 3:13-cv-00699-BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendants, and all of defendants' claims against plaintiff, shall be dismissed with prejudice and without attorney fees or costs to any party.

DATED: July 17, 2015                              DATED: July 17, 2015

                                                              COSGRAVE VERGEER KESTER LLP


/s/ Bret Knewtson                                      /s/ Robert E. Sabido
Bret Knewtson, OSB No. 03355              Robert E. Sabido, OSB No. 964168
Mark Passannante, OSB No. 944035     Shane P. Swilley, OSB No. 053909
Attorneys for Plaintiff                               Attorneys for Defendant

/ / /

Page 1 – **STIPULATED JUDGMENT OF DISMISSAL**                                         2377103

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendants, and all of defendants' claims against plaintiff, are dismissed with prejudice and without attorney fees or costs to any party.

DATED: July 20, 2015

_____
Anna J. Brown
United States District Court Judge

Page 2 – **STIPULATED JUDGMENT OF DISMISSAL**                                             2377103